DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CRVII BOCA TC, LP,** a Delaware Limited Partnership,
Appellant,

v.

**THE CITY OF BOCA RATON** and **THE CITY OF BOCA RATON DEPARTMENT OF DEVELOPMENT SERVICES,**
Appellees.

No. 4D19-238

[April 23, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502018CA012974XXXXMB.

Richard Sarafan, Benjamin P. Bean, and W. Barry Blum of Genovese Joblove & Battista, P.A., Fort Lauderdale, for appellant.

Laura K. Wendell and Jamie A. Cole of Weiss Serota Helfman Cole & Bierman, P.L., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***